UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DESPINA QUEZADA,<br><br>              Plaintiff,<br><br>v.<br><br>NEW JERSEY DEPARTMENT OF CHILDREN AND FAMILIES, *et al.*,<br><br>              Defendants. | Civil Action No.<br><br>21-13509 (CCC) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of plaintiff's motion for default judgment (ECF No. 10), having been filed without premotion leave; and

**WHEREAS** plaintiff's counsel filed the motion one day after entry of default, knowing that defendants were in the process of arranging representation; and

**WHEREAS**, had plaintiff's counsel sought premotion leave, as the rules of the undersigned require, leave would have been denied on that basis;

**IT IS** on this day, December 14, 2021:

**ORDERED** that the motion for default judgment at ECF No. 10 is hereby terminated without prejudice; and it is further

**ORDERED** that the Clerk of the Court shall terminate the motion at ECF No. 10; and it is further

**ORDERED** that defendants' portion of the joint letter at ECF No. 16 shall be deemed a motion for vacatur of entry of default; and it is further

**ORDERED** that plaintiff shall file her opposition to such motion by **December 23, 2021**, or a stipulation reflecting an agreement as to defendants' time to answer.

                                                *s/ Leda Dunn Wettre*
                                                Hon. Leda Dunn Wettre
                                                United States Magistrate Judge